IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

(1) MTF COUNSELING RESOURCES, L.L.C., )
)
        Plaintiff, )
)
v. )   Case No. CIV-25-380-DES
)
(1) FIDELITY AND GUARANTY INSURANCE )   Removal from Wagoner County
COMPANY, )   Court, Case No. CJ-2025-384
)
        Defendant. )

## NOTICE OF REMOVAL

Defendant, Fidelity and Guaranty Insurance Company pursuant to 28 U.S.C. §1441 et seq. and LCvR 81.2 of the United States District Court for the Eastern District of Oklahoma, states as follows:

1. The above-styled cause was commenced in the District Court of Wagoner County, State of Oklahoma and is now pending in that court. Plaintiff's Petition was filed on September 19, 2025. See Exhibit 1, Petition. Process was served on Fidelity and Guaranty Insurance Company via the Oklahoma Department of Insurance and then CSC on October 10, 2025. See Exhibit 2.

2. Plaintiff at all pertinent times to this lawsuit was an Oklahoma Limited Liability Company. See Exhibit 3, Entity Summary Information and Articles of Organization from the Oklahoma Secretary of State. Also see Exhibit 1, Plaintiff's Petition. According to Plaintiff's Petition and the documents from the Oklahoma Secretary of State, Plaintiff's principal place of business is in Oklahoma. *Id.*

3. Fidelity and Guaranty Insurance Company is incorporated in the State of Iowa and is licensed to conduct business in the State of Oklahoma. Fidelity and Guaranty Insurance Company's principal place of business is in Hartford, Connecticut.

4.    The Tenth Circuit Court of Appeals has explained "[t]he right of removal depends upon the case disclosed by the pleadings when the petition therefore is filed." *Woerter v. Orr*, 127 F.2d 969 (10th Cir. 1942).  As disclosed by Plaintiff's Petition, Plaintiff is seeking damages in excess of $75,000.00 for its two causes of action for breach of contract and breach of the duty of good faith and fair dealing. In its first cause of action for breach of contract, Plaintiff contends it "remains damaged in an amount not less than $68,160.71 for the actual damages to their Property caused by the water damage." *Id.* at Paragraph 16 of Plaintiff's Petition. Plaintiff further alleged in Paragraph 18 that "Pursuant to 12 O.S. §2008(A)(2) and the above facts and circumstances, Plaintiff is entitled to relief under Oklahoma statutory and common law. The total amount demanded by Plaintiff is greater than $75,000.00." Plaintiff further contended in its bad faith cause of action that it was seeking extra-contractual damages. *Id.* at Paragraph 31 of Plaintiff's Petition. In its final prayer for relief, Plaintiff prayed for "a sum not less than $67,161.86 in actual damages; a sum in excess of $75,000.00 for consequential damages as a result of Defendant's breaches; a sum in excess of $75,000.00 for punitive damages; that an award of attorney fees, costs of litigation and interest is proper pursuant to 36 O.S. §3629, 12 O.S. §§ 936, 940 & 942, and Oklahoma common law; and for such other and further relief as the Court may deem equitable under the circumstances." Plaintiff claimed Defendant breached its policy of insurance and its duty of goof faith and fair dealing with Plaintiff when it refused to acknowledge Plaintiff's loss and refused to pay Plaintiff the full amount of the loss under the Policy.

5.    As a result of diversity of citizenship and the amount in controversy exceeding $75,000, exclusive of interest and costs, this is an action over which the United States District Court for the Eastern District of Oklahoma has original jurisdiction pursuant to 28 U.S.C. §1332(a).

6.  This Notice of Removal is filed within thirty (30) days of service of Plaintiff's Petition upon Fidelity and Guaranty Insurance Company, and is, therefore, timely pursuant to 28 U.S.C. §1446(b).

7.  Venue is proper in this Court under 28 U.S.C. § 1441(a) because Wagoner County lies within the Eastern District of Oklahoma. *See* 28 U.S.C. § 116(c).

8.  A copy of the Wagoner County docket sheet is attached as Exhibit 4. Copies of all process, pleadings and orders filed or served on Defendant to date are attached hereto and have been filed in this Notice as Exhibit 4.

JURY TRIAL DEMANDED

                              GIVENS LAW FIRM

                              BY:   /s/ Sheila R. Benson
                                    Greg D. Givens, OBA No. 10310
                                    Sheila R. Benson, OBA No. 19050
                                    136 N.W. 10th Street, Suite 100
                                    Oklahoma City, OK  73103
                                    Telephone:  (405) 604-6880
                                    Facsimile:   (405) 604-6998
                                    Email:         sbenson@givenslaw.net
                                    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 24th day of October, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ashley H. Leavitt
Holbrook Leavitt & Associates, PLLC
4815 S. Harvard Ave., Suite 285
Tulsa, OK 74135
*Attorney for Plaintiff*

         /s/ Sheila R. Benson

     Additionally, pursuant to 28 U.S.C. §1446(d), a true and correct copy of the Notice of Removal was mailed, first class, U.S. Mail, proper postage thereon to the following:

Jim Hight
Wagoner County Court Clerk
Wagoner County Courthouse
307 E. Cherokee Street
Wagoner, Oklahoma 74467

         /s/ Sheila R. Benson